**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Miami Division**
www.flsb.uscourts.gov

In re:

Marquis Star Holding, Inc. and
Marquis Solar Frame Works, Inc.,

Debtors.
_______________________________________/

Case No.: 26-10660-RAM

Chapter 11

(Jointly Administered)

Marquis Star Holding, Inc. and
Marquis Solar Frame Works, Inc.,

Plaintiffs,

v.

Export Development Canada,

Defendant.
_______________________________________/

Adv. No.: 26-01176-RAM

**DECLARATION OF DAVID MANNION**

I, David M. Mannion, declare as follows under 28 U.S.C. § 1746:

1. I am admitted to the New York and California bars and *pro hac vice* in this action. I am an attorney at Blakeley LC, counsel to EDC. Capitalized terms have the same meaning as in the accompanying Motion.

2. As of 2025, EDC employed approximately 2,200 people and had 16 offices across Canada. Only five of EDC's employees are authorized by appointment or by law to receive service of process for EDC, and none of them are in the United States. Marie-Hélène Giasson is not one of them and neither is anyone at the Office of the Deputy Attorney General of Canada or anyone by the name BBarry (or anything similar), and none of them signed for any mailings identified on the Debtors' certificate of service, Adv. Dkt. # 16.

3. The Debtors did not request jurisdictional discovery to identify any of the people authorized by appointment or by law to accept service of process for EDC.

4. On March 5, 2026, I had a Zoom conferral with Debtors' counsel Linda Leali, Esq. and Jason Alderman, Esq. concerning EDC's motion for substituted service of subpoenas on the Debtors' insiders. I took contemporaneous notes of that call, which I have referenced in prior declarations, *see e.g.* Dkt. # 125-1, ¶ 26 (April 5, 2026, declaration). During that call, Mr. Alderman said EDC would be "entitled" to depose Mr. Li in connection with the Debtors' objection to EDC's forthcoming proof of claim.

5. Any yellow highlighting or red underlining on the attached exhibits was added by me for ease of reference.

6. **Exhibit A** is an authentic copy of the Indemnity Agreement between EDC, the Debtors, and the Sinobec Entities. This record was authenticated as Exhibit 1 to a declaration signed by Mathew Foubert of EDC in the parties' prepetition action. *See*, W.D. Wis. Case No. 3:25-cv-00751, at Dkt. # 41.

7. **Exhibit B** is an authentic copy of the 2019 application Mr. Li signed on behalf of the Sinobec Entities when he asked EDC to guarantee their letters of credit with BMO. This record was authenticated as Exhibit 2 to a declaration signed by Mr. Foubert in the parties' prepetition action. *See*, W.D. Wis. Case No. 3:25-cv-00751, at Dkt. # 41.

8. **Exhibit C** is an authentic copy of the APSG between EDC and BMO. This was authenticated as Exhibit 2 to a declaration signed by Mr. Foubert of EDC in the parties' prepetition action. *See*, W.D. Wis. Case No. 3:25-cv-00751, at Dkt. # 41.

9. **Exhibit D** is an authentic copy of emails between Mr. Foubert of EDC and Mr. Li and his staff between July and December 2023. These emails were authenticated as Exhibit 8 to

a declaration signed by Mr. Foubert in in the parties' prepetition action. *See*, W.D. Wis. Case No. 3:25-cv-00751, at Dkt. # 41.

10. **Exhibit E** is an authentic copy of the LOCs related to the Marubeni draws. These records were authenticated as Exhibit 3 to a declaration signed by Mr. Foubert in the parties' prepetition action. *See*, W.D. Wis. Case No. 3:25-cv-00751, at Dkt. # 41.

11. **Exhibit F** is an authentic copy of Certificates of Coverage concerning the LOCs. These records were authenticated as Exhibit 2 to Mr. Foubert's declaration in the parties' prepetition action. *See*, W.D. Wis. Case No. 3:25-cv-00751, at Dkt. # 41.

12. **Exhibit G** is an authentic copy of the Marubeni draws on the LOCs. These records were authenticated as Exhibit 4 to Mr. Foubert's declaration in the parties' prepetition action. *See*, W.D. Wis. Case No. 3:25-cv-00751, at Dkt. # 41.

13. **Exhibit H** is an authentic copy of a September 4, 2025, letter from the Debtors' corporate counsel, Ramsey Villalon, Esq., to EDC, that I received in native format as an attachment to an email from EDC.

14. **Exhibit I** is an authentic copy of the transcript of a hearing on December 30, 2025, in the parties' prepetition action.

I declare under penalty of perjury that the foregoing is true and correct. Executed on August 5, 2026, in Oceanside, California.

*/s/ David M. Mannion*
David M. Mannion